Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Rd.
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
TEL 520-305-9170
TEL 520-465-3000
FAX 520-340-6437
azcrimlaw@gmail.com
Attorney for Martin

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | 4:23-cr-01312-JSA-AMM |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PLEA DEADLINE** |
| **Ernest Martin,** | |
| Defendant. | |

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

Defendant Ernest Martin, by and through his counsel, moves the Court to issue its order continuing the plea deadline, presently scheduled for February 16, 2024, for a period of sixty (60) days and his trial, presently scheduled for March 5, 2024, for a period of sixty (60) days, or as soon thereafter as is convenient for the Court and parties.

This motion is made necessary because undersigned counsel needs additional time to investigate and prepare for trial. In addition, Defendant has been suffering from serious health problems and this has made attorney-client visits difficult to coordinate.

Undersigned counsel is authorized to state that AUSA Ashley Christina Enderle does not object to this motion or to an order based thereon.

**RESPECTFULLY SUBMITTED** on this 20th day of February 2024.

**LAW OFFICE OF FRANCISCO LEÓN**

Francisco León

**CERTIFICATE OF SERVICE**

_X___ I hereby certify that on February 20, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. James A. Soto
United States District Judge

Hon. Angela M. Martinez
United States Magistrate Judge

Ashley Christina Enderle
Assistant United States Attorney

_X___ I hereby certify that on February 20, 2024, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Ernest Martin
Reg. No. 27336-208

3